**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| BRIANNA PASQUINI, | : | No. 192 EAL 2020 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| FAIRMOUNT BEHAVIORAL HEALTH | : | |
| SYSTEM & UHS OF FAIRMOUNT, INC., | : | |
| | : | |
| Petitioners | : | |

## ORDER

**PER CURIAM**

      **AND NOW**, this 10th day of February, 2021, the Petition for Allowance of Appeal

is **GRANTED**.  The issue, rephrased for clarity, is:

> Is a provider's knowledge of a patient's status as a registered sex offender, which may have been obtained from therapeutic communication with the patient, confidential under the MHPA and privileged pursuant to the psychiatrist/psychologist privilege?